UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN PATRAW,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No. C08-1382RSL<br><br><br>ORDER FOR REMAND |

Based upon the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner of Social Security for further administrative proceedings, further development of the record, a new hearing before a new administrative law judge, and a new decision. On remand, the ALJ will: 1) obtain a consultative neuropsychological evaluation and obtain a medical source statement; 2) upon the expanded record determine whether Plaintiff's impairments meet or equal any listed impairment; 3) re-evaluate all of the medical opinion evidence and provide an appropriate rationale for accepting or rejecting the opinion evidence; 4) re-assess Plaintiff's residual functional capacity pursuant to Social Security Ruling (SSR) 96-8p and credibility pursuant to SSR 96-7p; 5) if

ORDER FOR REMAND

necessary, obtain supplemental vocational expert testimony consistent with SSR 00-4p, and propound a hypothetical question consistent with Plaintiff's residual functional capacity, age, education, and work experience, to determine whether Plaintiff is capable of performing any other work existing in significant numbers in the national economy; and 6) rule on whether to reopen the initial denial of Plaintiff's 2003 application for Title II benefits.

Plaintiff may present new arguments and evidence. The ALJ may further develop the record and conduct further proceedings as necessary. The parties stipulate that no specific aspect of the Commissioner's final decision is affirmed.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses and attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d).

DATED this 25th day of March, 2009.

*signature*
Robert S. Lasnik
United States District Judge

Recommended for Entry this 23rd day of March, 2009.

s/ Mary Alice Theiler
United States Magistrate Judge

ORDER FOR REMAND